HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

DAVID C. STEPHENSON and MICHAEL J. SHANAHAN,

  Defendants.

Case No.  CR05-5158 RBL

ORDER DENYING MOTION TO STAY PROCEEDINGS UNTIL ASSISTANCE OF COUNSEL IS SECURED

In a motion in the alternative to his motion to dismiss the Indictment, Defendant Stephenson asks the Court to stay the proceedings until counsel can be secured.  That motion [Dkt. #38] is **DENIED.** Stephenson has been provided counsel and then demanded the right to represent himself.  The Court has asked appointed counsel to act as stand-by counsel and she has complied.  The trial date in this matter has been continued to February 6, 2006.  No good cause has been shown in support of defendant's Motion for Stay.

Dated this 19th day of October, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE