HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID C. STEPHENSON, et al,<br><br>　　　　　Defendants. | Case No. CR05-5158 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon defendant's Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. #27].

Having considered the entirety of the records and file herein, the Court rules as follows:

The docket reflects that the defendant was found to be financially unable to retain counsel and was appointed counsel pursuant to 18 U.S.C. § 3006A before this Court. [Dkt. #10]. Therefore, pursuant to Fed. R. App. P. 24(a)(3), the defendant may proceed on appeal *in forma pauperis* without further Order. The defendant's motion is unnecessary and is **STRICKEN**.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 5th day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE