HON. RONALD B. LEIGHTON

05-CR-05158-ORD

FILED ___ LODGED
___ RECEIVED

NOV -6 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-5158 RBL |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO OBTAIN |
| ) | COPY OF SEALED DOCUMENT AND |
| v. ) | TRANSCRIPT OF SEALED IN CAMERA |
| ) | HEARING |
| DAVID CARROLL STEPHENSON, ) | |
| ) | |
| Defendant. ) | |

THIS COURT, having considered Defendant's Motion for Order to Obtain Copy of Sealed Document and Transcript of Sealed In Camera Hearing, now, hereby, ORDERS:

The motion of Defendant's counsel to obtain one copy of the following documents for her use is, hereby, GRANTED.

The Document to be copied is:

| DATE | NO. | DOCUMENT |
|---|---|---|
| 8/1/05 | 35 | Affidavit of Linda R. Sullivan in Support of Motion for Withdrawal and Substitution of Counsel. |

//

//

//

---

CR05-05158 – *United States v. Stephenson*
[PROPOSED] ORDER TO OBTAIN COPY OF
SEALED DOCUMENT AND TRANSCRIPT OF
SEALED IN CAMERA HEARING - 1

LAW OFFICES OF SHERYL GORDON
MCCLOUD
1301 Fifth Ave., Suite 3401
Seattle, WA 98101-2605
(206) 224-8777

The Transcript of the following sealed hearing may be prepared by Court Reporter Julaine Ryen, upon receipt of a valid transcript order:

DATE        HEARING
8/9/05      Attorney Withdrawal Hearing

DATED THIS 6th day of November, 2006.

The Hon. Ronald B. Leighton

Presented by:

s/ Sheryl Gordon McCloud
WSBA No. 16709
Attorney for Defendant, David C. Stephenson
1301 Fifth Ave., Suite 3401
Seattle, WA 98101-2605
Tel: (206) 224-8777; FAX: (206) 447-1973
E-mail: sheryl@sgmccloud.com

CR05-05158 – *United States v. Stephenson*
[PROPOSED] ORDER TO OBTAIN COPY OF
SEALED DOCUMENT AND TRANSCRIPT OF
SEALED IN CAMERA HEARING - 2

LAW OFFICES OF SHERYL GORDON
MCCLOUD
1301 Fifth Ave., Suite 3401
Seattle, WA 98101-2605
(206) 224-8777