HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR05-5158RBL |
| v. | ORDER |
| DAVID CARROLL STEPHENSON, | |
| Defendant. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's "Motion to Claim and Exercise Constitutionally Protected Rights . . ." [Dkt. #297] and "Motion to Demand that the United States District Court . . ." [Dkt. #300].

Having considered the entirety of the records and file herein, the Court rules as follows:

On May 18, 2006 defendant filed a Notice of Appeal [Dkt. #265] of the Judgment and Commitment entered that same day. "The filing of a notice of appeal 'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *United States v. Ortega-Lopez*, 988 F.2d 70. 72 (9th Cir. 1992), quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). Because defendant's "motions" raise the same issues defendant raised throughout the proceedings before he filed his Notice of Appeal, this Court is without jurisdiction to rule on the "motions." It is therefore

**ORDERED** that defendant's "motions" [Dkt. #s 297 and 300] are **DISMISSED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 27th day of November, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE