HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID C. STEPHENSON,<br><br>    Defendant. | Case No. CR05-5158 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's "Motion and Demand for Finding of Fact . . . ." [Dkt. #318].

Having considered the entirety of the records and file herein, and having considered that defendant's "Motion and Demand . . ." is more properly considered as a motion for reconsideration of this Court's prior Order [Dkt. #303], the Court rules as follows:

Under this Court's local rules, motions for reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new legal or factual basis which could not have been raised earlier. This standard has not been met in this case, and the Court will not reconsider its prior ruling. [Dkt. #303]. Therefore, it is hereby

**ORDERED** that Defendant's "Motion and Demand for Finding of Fact . . ." is **DENIED.**

ORDER
Page - 1

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.
3   Dated this 14th day of December, 2006.

                        _____
                        RONALD B. LEIGHTON
                        UNITED STATES DISTRICT JUDGE